764 A.2d 17 (2000)
The SCRANTON TIMES, L.P., Appellant,
v.
The SCRANTON SINGLE TAX OFFICE, Appellee.
Supreme Court of Pennsylvania.
Argued December 5, 2000.
Decided December 28, 2000.
Frank J. McDonnell, Joseph O. Haggerty, Scranton, for The Scranton Times.
Paul A. Kelly, Scranton, for The Scranton Single Tax Office.
Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

ORDER
PER CURIAM:
Order affirmed.